**Dark v. The Learning Tree, Inc.**
**No. 15-12142-F**

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1, the undersigned counsel of record certifies that the following listed persons and entities have an interest in the outcome of this case:

1. Adam M. Porter, LLC:  counsel for plaintiff-appellant

2. Dark, Talethia:  plaintiff-appellant

3. Ott, Hon. John:  United States Magistrate Judge

4. Porter, Adam: counsel for plaintiff-appellant

5. Raines Rogers, Angela: counsel for defendant-appellee

6. The Learning Tree, Inc.:  defendant-appellee

## Corporate Disclosure Statement

Plaintiff/Appellant Talethia Dark is an individual.

Respectfully submitted,

s/ Adam M. Porter
Adam M. Porter
Attorney for Plaintiff-Appellant
Adam M. Porter, LLC
2301 Morris Avenue, Suite 102
Birmingham, Alabama 35203
(205) 322-8999

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Angela Raines Rogers, Esq. 212 East Commerce Street Greenville, AL 36037 that there are no non-CM/ECF participants in this case.

s/ Adam M. Porter
Attorney for Plaintiff